# EXHIBIT A

| | |
|---|---|
| **From:** | Carl Davis <carl.davis███@gmail.com> |
| **Sent:** | Tuesday, August 15, 2023 9:59 AM |
| **To:** | Mark Moore; Kevia Griffin(NC Rebuild); Carl Davis |
| **Cc:** | Mendoza-Govea, Maria |
| **Subject:** | Re: Detailed Drake Floor Plan |
| **Attachments:** | image001.png; IMG_4128.jpg |

Good morning,

I look at that floor plan, it is not setup for ADA for wheelchair access. You told me on 8/11/2023 that you had another floor plan but on 8/14/2023 you sent the same floor plan back out to me. You can NOT get a wheelchair to the shower. I have attached a floor plan of another home made by that company. It is the same floor plan just a little bit bigger. If you look at the floor plan, their is nothing stopping you from getting into the shower with a wheelchair and you can get to the commode with help without a wall there. The home is called the RIO. I need a home that would allow a aid,my wife, and a wheelchair to access the shower and commode. If you have any questions please let me know. Thanks you, Carl Davis

On Mon, Aug 14, 2023, 11:59 AM Mark Moore <mark@shepherd-response.com> wrote:

Carl

We got with Clayton Homes for a more detailed floor plan for you. See the attached floor plan. We have also gotten the Drake Virtual Walk Through on the Clayton Homes website.

Drake 28X40 | Clayton Homes

Please review and come back with any questions. The home has already been built some modifications would need to come from the state.

If you want to accept the home as designed, respond to this email. Otherwise will get with NCRebuild to coordinate with you to reassign the project.

Thank you!



**Mark D. Moore**

**Cell** 919 ███████

**Web** www.shepherd-response.com

**Email** mark@shepherd-response.com