# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Carl Davis and Shasmekia Davis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:25-CV-178 |
| State of North Carolina, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carl Davis and Shasmekia Davis                                                                                    .

Date:     03/20/2026

*Attorney's signature*

Shrayan Shetty- 59552
*Printed name and bar number*

PO Box 28068
Raleigh NC, 27611

*Address*

shray@ncjustice.org
*E-mail address*

(919) 856-2164
*Telephone number*

*FAX number*